May 17, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

JOHN MICHAEL DALBOSCO, Appellant

NO. 14-11-00429-CV            V.

MELISSA RUTH SEIBERT, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, MELISSA RUTH SEIBERT, signed April 18, 2011, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, JOHN MICHAEL DALBOSCO, to pay all costs incurred in this appeal. We further order this decision certified below for observance.